# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| M.A. MORTENSON COMPANY, a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, and DOES 1 - 100,<br><br>　　　　Defendants.<br>_____<br>AND CONSOLIDATED ACTIONS<br>_____ | CASE NO. C06-01511 PVT<br>Action Date: 01/13/06<br><br>ORDER GRANTING<br>REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

After having met and conferred, Plaintiff M.A. MORTENSON COMPANY and Defendant ZURICH AMERICA INSURANCE COMPANY hereby respectfully request that the Court order the following:

(1)　That the date for initial disclosures be continued from July 11, 2006 to August 8, 2006; and

(2)　That the date of the Initial Case Management Conference be continued from July 18, 2006 to August 15, 2006 at 2:00 p.m.

　　　　　　　　　　　　　　　　　　　　　　BALESTRERI, PENDLETON & POTOCKI

Dated: July 7, 2006　　　　　　　　　　　By ___*s/Linda M. Corrie*_____
　　　　　　　　　　　　　　　　　　　　　　Joseph P. Potocki
　　　　　　　　　　　　　　　　　　　　　　Linda M. Corrie
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　M.A. MORTENSON COMPANY

IT IS SO ORDERED
　　　　　　　　　　　　　　　　　　　　　　__*Patricia V. Trumbull*_____
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Patricia V. Trumbull
Dated: July 13, 2006

1