| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| 2 | Jonathan A. Braunstein, SBN 227322<br>e-mail: ron.richman@bullivant.com |
| 3 | E-mail: jonathan.braunstein@bullivant.com<br>Bullivant Houser Bailey PC |
| 4 | 601 California Street, Suite 1800<br>San Francisco, CA  94108 |
| 5 | Telephone:     (415) 352-2700<br>Facsimile:     (415) 352-2701 |

Attorneys for Defendant
Zurich American Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| M.A. MORTENSON COMPANY, a Minnesota Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.:  C06-01511 PVT<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON;**<br><br>Date:       February 27, 2007<br>Time:      2:00 p.m.<br>Location: Courtroom 5, 4th Floor |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff M. A. Mortenson Company ("Mortenson"), on the one hand, and Defendant Zurich American Insurance Company ("Zurich"), on the other hand, by and through their respective counsel, that:

On Monday, January 29, 2007 Mortenson and Zurich participated in an Early Neutral Evaluation conducted by George Calkins, Esq., Cox, Castle & Nicholson.  Previously, the parties stipulated to proceeding before Mr. Calkins as a private Early Neutral Evaluator.

/ / /

/ / /

As a result of the Early Neutral Evaluation, the parties decided that prior to conducting further formal discovery, the parties would, with the assistance of the Early Neutral Evaluator, conduct informal discovery and proceed with mediation on March 20, 2007 at 9:00 a.m. at the offices of Bullivant Houser Bailey, PC in San Francisco.

Based on the above, the parties agreed to enter into a Stipulation to continue the case management conference until after mediation on March 20, 2007. The parties further agreed that Zurich's time to bring a motion to compel further responses to interrogatories and to compel further production of documents shall remain tolled until after mediation. If mediation is not successful, Zurich shall have up to and including thirty days from the date of completion of the mediation to bring its motions to compel further responses to interrogatories and to compel further production of documents.

DATED: February 5, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Defendant
Zurich American Insurance Company

DATED: February 5, 2007

BALESTRERI, PENDLETON & POTOCKI

By _____
Joseph P. Potocki
Linda M. Corrie

Attorneys for Plaintiff
M.A. Mortenson Company

## ORDER

Pursuant to Stipulation by the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 27, 2007 at 2:00 p.m. be continued to April 3, 2007 at 2:00 p.m., Courtroom 5, 4th Floor.

IT IS FURTHER ORDERED that Zurich's time to bring a motion to compel further responses to interrogatories and to compel further production of documents shall remain tolled until after mediation. If mediation is not successful, Zurich shall have up to and including thirty days from the date of completion of the mediation to bring its motions to compel further responses to interrogatories and to compel further production of documents.

DATED: February 6, 2007

By _____
HON. PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE